**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DESTINY MOTORS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 09-899 |
| ) | Judge Paul L. Friedman |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF TERRELL HILL

Pursuant to 28 U.S.C. § 1746, I, Terrell Hill, under the penalty of perjury, do hereby solemnly swear and affirm that the following is true and accurate:

1. I am an Investigator with the DC Department of Consumer and Regulatory affairs.

2. The summons and complaint in this matter were never served upon me personally by the plaintiffs or anyone acting on their behalf.

3. On Friday May 14, 2010 at 7:20 a.m. I was at work having arrived there at about 6:00 a.m. that day. My email records show that I sent an email from work at 6:30 a.m. that day. I did not return home until later that evening. I understand that according to the Affidavit of the Process Server in this case, that date and time is when I supposedly was personally served with the summons and complaint at my home.

4. On or about mid-day on that date I received a phone call at work from my daughter who said that she had come home and found papers on the floor inside the front door

that apparently had been slipped under the door. When I came home I verified that those were the service papers in this case.

_____
TERRELL HILL
Dated: 27 May 2010